JOHN W. HUBER, United States Attorney (#7226)
JAY WINWARD, Assistant United States Attorney (#11806)
Attorneys for the United States of America
20 North Main Street, Suite 208
St. George, Utah 84770
Telephone: (435) 634-4265
jay.winward@usdoj.gov

FILED IN UNITED STATES DISTRICT
COURT, DISTRICT OF UTAH

JAN 08 2021

D. MARK JONES, CLERK
BY_____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| UNITED STATES OF AMERICA, Plaintiff, v. ROXANNA FAE SIMKINS, Defendant. | CASE NO. 4:21-mj-00001-PK<br><br>FELONY COMPLAINT<br><br>VIOLATION:<br><br>COUNT I: 21 U.S.C. § 841(a)(1), Possession of Methamphetamine with Intent to Distribute.<br><br>Magistrate Judge Paul D. Kohler |
|---|---|

Before United States Magistrate Judge Paul Kohler in the U.S. District Court for the District of Utah, appeared the undersigned, who, on oath deposes and says:

### COUNT I
21 U.S.C. § 841(a)(1)
(Possession of Methamphetamine with Intent to Distribute)

On or about December 28, 2020, in the District of Utah,

**ROXANNA FAE SIMKINS,**

defendant herein, did knowingly and intentionally possess with intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule

1

II controlled substance, as defined in 21 U.S.C. § 812, in violation of 21 U.S.C. § 841(a)(1) and punishable under 21 U.S.C. § 841(b)(1)(B).

### AFFIDAVIT IN SUPPORT OF FELONY COMPLAINT

I, Brady Wilson, the undersigned affiant state the following is true and correct to the best of my knowledge and belief:

1. I have been a Special Agent of the Drug Enforcement Administration for 11 years. I am charged with the enforcement of the Controlled Substance Act. I am currently assigned to St. George, Utah. Based on my training and experience as a narcotics agent, I am familiar with the methods and practices of trafficking in illegal drugs and in the transportation, concealing, and distribution of those illegal drugs.

2. Between September 2020 and December 2020, the Iron/Garfield/Beaver Counties Narcotics Task Force (IGBTF) used a Confidential Source to conduct multiple controlled purchases of methamphetamine from Roxanna Fae Simkins, directly out of or closely in connection with her residence, located on HWY 89 in Panguitch, Utah. As a result of these controlled purchases, IGBTF Detectives applied for a Utah state search warrant for Simkins' residence. Utah State District Court Judge Brody L. Keisel granted that warrant on December 27, 2020.

3. Officers executed the warrant at Simkins' residence on December 28, 2020. During a search of the residence, officers located multiple individual bags containing a crystal-like substance consistent with methamphetamine totaling approximately 1.16 pounds (appx. 526 grams). A small sample from one of the bags tested positive for the presence of methamphetamine. The majority of the methamphetamine was located in Simkins' bedroom

along with other controlled substances, a large amount of cash, and two handguns.

4. Based on my training and experience, I know that 526 grams of methamphetamine is a distributable amount.

5. Based on the foregoing information, I respectfully request that a warrant of arrest be issued for ROXANNA SIMKINS for a violation of 21 U.S.C. § 841(a)(1).

DATED this 8 day of January 2021.

BRADY WILSON, Special Agent
Drug Enforcement Administration

SUBSCRIBED AND SWORN TO before me this 8th day of January 2021.

PAUL KOHLER
United States Magistrate Judge

JOHN W. HUBER
United States Attorney

JAY WINWARD  Digitally signed by JAY WINWARD
Date: 2021.01.07 09:15:13 -07'00'

JAY T. WINWARD
Assistant United States Attorney